UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>CHARLES JACOB JARVIS<br>  aka Jake Jarvis,<br><br>                  Defendant. | 1:15-CR-02026-LRS-1<br><br>Preliminary Order of Forfeiture |

IT IS HEREBY ORDERED THAT:

As the result of the Defendant's guilty plea to Count 3 of the Indictment, charging Defendant with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2), for which the United States sought forfeiture of assets pursuant to 18 U.S.C. § 2253, Defendant, CHARLES JACOB JARVIS, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property.

The Court has determined, based upon the Defendant's plea agreement, that the following assets are subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the United States has established the requisite nexus between such assets described below, and such offense(s):

(1) ASUS Essentio CM5570 Desktop Computer No: 95PDAG002173;

(2) Gateway MX6445 Laptop Computer S/N: T3567Y1016928;

(3) WD My Book External hard drive S/N: WCC4E1929006;

(4) 2 SD cards (16GB SanDisk Ultra SDHC and 2GB PNY Optima SD);

(5) 6 thumbdrives (1 green verbatim thumbdrive; 1 silver unmarked thumbdrive with "ESD105 Educational Service District celebrating 40 years!" written on it; 1GB blue and red unmarked thumbdrive with "Your Smarter Insurance Choice PEMCO" written on it; 1 white unmarked thumbdrive; 1 red and silver unmarked 1GB thumbdrive with "Starpower www.starpowertalent.com" written on it; and one 4GB SanDisk Cruzer Glide thumbdrive);

(6) 24 DVDs/CDs;

(7) 2 paper folders containing printed images of nude children and one printed book "Changing Bodies, Growing Up, Sex & Sexual Health: It's Perfectly Normal"; and

(8) black/blue Samsung Galaxy SIII cell phone with black case.

Upon the issuance of a Preliminary Order of Forfeiture and pursuant to Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, authorized under 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253, and Fed. R. Crim. P. 32.2(b)(6)(C), the United States is not required to publish notice of this order because the United States Postal Inspection Service (USPIS) has determined that the forfeitable property value is less than $1,000.00. Defendant stipulated in his plea agreement that he is the sole owner of the assets and that no one else has an interest in the assets; and, USPIS, has not identified any additional or potential claimants, therefore, the United States will not provide direct notice.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration

of the period provided in Fed. R. Crim. P. 32.2(c)(2), Rule G(5) and 21 U.S.C. § 853(n) as incorporated by 18 U.S.C. § 2253, for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

ORDERED this 1st day of March, 2016.

*s/Lonny R. Suko*
_____
Lonny R. Suko
Senior United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/Ian L. Garriques

Ian L. Garriques
Assistant United States Attorney

Preliminary Order of Forfeiture 3
Jarvis PoF